UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH DIGEROLAMO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID MURLEY and DOROTHY LARSEN,<br><br>　　　　　Defendants. | 2:15-cv-00112-SAB<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

　　　BEFORE THE COURT is Plaintiff Joseph Digerolamo's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion, ECF No. 8, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

　　　Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- ** 1

1  **IT IS SO ORDERED**. The District Court Executive is directed to enter
2  this Order, enter judgment of dismissal without prejudice, forward a copy to
3  Plaintiff, and close the file.

4      **DATED** this 17th day of June, 2015.



                Stanley A. Bastian
            United States District Judge

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2**